**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James NORMAN, Appellant.**

**No. 26205.**

United States Court of Appeals,
Ninth Circuit.

April 9, 1971.

W. C. Miller, Los Angeles, Cal., for appellant.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Michael J. Lightfoot, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, WRIGHT and TRASK, Circuit Judges.

PER CURIAM:

The judgment of conviction is affirmed.

**Hector Manuel CRUZ, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 25592.**

United States Court of Appeals,
Ninth Circuit.

April 13, 1971.

Rehearing Denied May 14, 1971.

Hector Manuel Cruz, in pro. per.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., J. Kent Steele, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS and DUNIWAY, Circuit Judges, and McNICHOLS, District Judge.

PER CURIAM:

Under our Clermont v. United States, 432 F.2d 1215, 9 Cir., petitioner is entitled to have his sentence on the third count vacated.

This may be done without the presence of petitioner. It is so ordered. Otherwise, relief is denied.

**UNITED STATES of America,
Plaintiff and Appellee,**

v.

**Odell ANDREWS and Willie Sloan,
Appellants.**

**No. 26567.**

United States Court of Appeals,
Ninth Circuit.

April 13, 1971.

Burton Marks, of Marks, Sherman & London, Beverly Hills, Cal., for appellant.

Robert L. Meyer, U. S. Atty., David R. Nissen, Chief, Crim. Div., Brain J. O'Neill, Asst. U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, HUFSTEDLER and WRIGHT, Circuit Judges.

PER CURIAM:

The judgment of conviction after remand, 426 F.2d 1304, of this judge-tried case is affirmed.

We hold it was not necessary to have a whole new trial or to let defendant have a second chance with a jury instead of a judge.

A close parallel is found in the case of Campbell v. United States, 365 U.S. 85, 81 S.Ct. 421, 5 L.Ed.2d 428.